## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**KENDRICK DARNELL FRAZIER**                                        **PLAINTIFF**

**v.**                                        **CAUSE NO. 1:24-cv-00111-LG-BWR**

**BURL CAIN**                                        **DEFENDANT**

### FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated

herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is

**DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 3rd day of January, 2025.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.

UNITED STATES DISTRICT JUDGE